**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 2 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JESSE VAN MYERS ) | |
| ) | |
| V. ) | 3-07-CV-864-B |
| ) | |
| GREG GIBSON, Superintendent, ) | |
| Crowley ISD ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS FURTHER ORDERED that this action is transferred to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 2nd day of July, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE